## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| ZINA SHANNON | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 22-4374 |
| SOCIAL SECURITY ADMINISTRATION | * | SECTION "A" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

February 8, 2023

_____
UNITED STATES DISTRICT JUDGE